IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIVE ON FIFTY, LLC; GATE INDUSTRIES, LLC and SOUTHERN FILM REGIONAL CENTER-ATLANTA, LLC, <br><br> Plaintiffs, <br><br> -vs.- <br><br> F. RAYMON BEAN; DAVID SHAFFER; JEFFREY KUEHR; GREENFUELS ENERGY, LLC; GEORGIA RENEWABLE POWER, LLC; GRP FRANKLIN, LLC; GRP MADISON, LLC; GRP NORTH CAROLINA, LLC; NORTH CAROLINA RENEWABLE POWER-LUMBERTON, LLC; and NORTH CAROLINA RENEWABLE POWER-ELIZABETHTOWN, LLC, <br><br> Defendants. | Civil Action No. 1:16-cv-3690 <br><br> (JURY TRIAL DEMANDED) |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.3, the undersigned counsel for Defendants hereby certify the following:

1. The following is a full and complete list of all parties in this action:

F. Raymon Bean, Defendant

David Shaffer, Defendant

      Jeffrey Kuehr, Defendant

      GreenFuels Energy, LLC, Defendant

      Georgia Renewable Power, LLC, Defendant

      GRP Franklin, LLC, Defendant

      GRP Madison, LLC, Defendant

      GRP North Carolina, LLC, Defendant

      North Carolina Renewable Power-Lumberton, LLC, Defendant

      North Carolina Renewable Power-Elizabethtown, LLC, Defendant

      Five on Fifty, LLC, Plaintiff

      Gate Industries, LLC, Plaintiff

      Southern Film Regional Center-Atlanta, LLC, Plaintiff

2. The following is a full and complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

3. The following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiffs:    Thomas C. Grant
Bar No.: 297455
LEWIS BRISBOIS BISGAARD & SMITH, LLP
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30309

Defendants:   Ernest L. Greer
Bar No.: 309180
Mark G. Trigg
Bar No.: 716295
Janna S. Nugent
Bar No.: 940465
GREENBERG TRAURIG
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305

This 5th day of December, 2016.

          GREENBERG TRAURIG

          */s/ Janna S. Nugent*
          Ernest L. Greer
          greere@gtlaw.com
          Bar No.: 309180
          Mark G. Trigg
          triggm@gtlaw.com
          Bar No.: 716295
          Janna S. Nugent
          nugentj@gtlaw.com
          Bar No.: 940465
          Counsel for Defendants

Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia  30305
Telephone:  (678) 553-2100
Facsimile:  (678) 553-2212

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIVE ON FIFTY, LLC; GATE INDUSTRIES, LLC and SOUTHERN FILM REGIONAL CENTER-ATLANTA, LLC<br><br>　　　　Plaintiff,<br><br> -vs.-<br><br>F. RAYMON BEAN; DAVID SHAFER; JEFFREY KUEHR; GREENFUELS ENERGY, LLC; GEORGIA RENEWABLE POWER, LLC; GRP FRANKLIN, LLC; GRP MADISON, LLC; GRP NORTH CAROLINA, LLC; NORTH CAROLINA RENEWABLE POWER-LUMBERTON, LLC; and NORTH CAROLINA RENEWABLE POWER-ELIZABETHTOWN, LLC<br><br>　　　　Defendants. | Civil Action No.<br>1:16-cv-3690<br><br>(JURY TRIAL DEMANDED) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2016 the foregoing document titled **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS** was filed with the Court through its CM/ECF service which shall send electronic notice of said filing to the following attorneys of record:

- 4 -

- 5 -

Thomas C. Grant, Esq.<br>
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>
1180 Peachtree Street, N.E.<br>
Suite 2900<br>
Atlanta, Georgia 30309

*/s/ Janna S. Nugent*
Janna S. Nugent
Bar No.: 940465
Counsel for Defendants

*ATL 21673671v1*