**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Five on Fifty, LLC,<br>Gate Industries, LLC,<br>Southern Film Regional Center-Atlanta, LLC,<br>          Plaintiffs,<br><br>vs.<br><br>F. Raymond Bean, et al,<br>          Defendants. | CIVIL ACTION FILE<br><br>NO.  1:16-cv-3690-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of Defendants' motion to dismiss and motion for attorneys' fees, and the Court having granted the motion to dismiss and denied the motion for attorneys' fees, it is

**Ordered and Adjudged** that the action be **DISMISSED** with prejudice for failure to state a claim.

Dated at Atlanta, Georgia, this 10th day of February, 2020.

                                                              JAMES N. HATTEN
                                                              CLERK OF COURT

                                                      By:  _s/B Hambert_____
                                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 10, 2020
James N. Hatten
Clerk of Court

By:  ___s/B Hambert_____
          Deputy Clerk